EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | |
|---|---|
| | 2011 TSPR 52 |
| | 181 DPR ____ |
| Juan Carlos Ríos Pérez | |

Número del Caso: TS-8594

Fecha: 7 de abril de 2011

Abogado de la Parte Peticionaria:

      Lcdo. Héctor Aníbal Castro Pérez

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Juan Carlos Ríos Pérez

                              TS-8594

**RESOLUCIÓN**

San Juan, Puerto Rico, a 7 de abril de 2011.

Examinada la Solicitud de Reinstalación al Ejercicio de la Abogacía que presentó el Sr. Juan Carlos Ríos Pérez, con lugar. Se le reinstala al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Kolthoff Caraballo está inhibido.

                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo